08 CV 4725

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ITALIANA COKE, S.R.L.,   :

             Plaintiff,   :   Case No._____

vs.   :

UNITED COAL COMPANY, LLC,   :   RULE 7.1 STATEMENT

             Defendant.   :

------------------------------------------------------------ X

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Italiana Coke, S.r.l. certifies that Energy Coal, S.p.A. owns more than 10% of its stock, but is not a publicly held corporation.

Dated: New York, New York
       May 20, 2008

                                  MAYER BROWN LLP

                                  By: /s/ Joseph De Simone
                                  Joseph De Simone
                                  Leslie E. Chebli
                                  1675 Broadway
                                  New York, New York 10019
                                  (212) 506-2500

                                  *Attorneys for Italiana Coke, S.r.l.*