UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 08-CV-4725
DATE FILED: MAY 20, 2008

## ITALIANA COKE, S.r. l.

Plaintiff(s)

*against*

## UNITED COAL COMPANY, LLC

Defendant(s)

STATE OF VIRGINIA, COUNTY OF RUSSELL , SS.:                    AFFIDAVIT OF SERVICE

_____ Jeffrey Fields _____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____ Lebanon, VA _____ . That on _____ May 27, 2008 _____ at _ 1 05 PM _ , at _____ 1005 Glenway Ave., Bristol, VA 24201 _____ deponent served the within _____ Summons in a Civil Action, Complaint, Rule. 7.1 Statement _____
_____ Civil Cover Sheet Jury Trial Demand _____
on _____ UNITED COAL COMPANY, LLC _____ ,

a(n) _____ defendant herein _____ , by delivering thereat a true copy thereof to _____ Michelle Burnette, Admin Asst. ____ , personally, deponent knew said _____ defendant herein _____ so served to be the _____ defendant herein _____ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said _____ defendant herein _____ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: Female    Skin Color:    White    Hair Color:    Brown
Age: 35 - 40 Yrs.    Height: 5' 2" - 5' 6"    Weight: 126 - 145 Lbs.    Other: Person served was seated

Sworn to before me on this _27TH_ day of _____ May, 2008

# 7018371

Jeffrey Fields
Server's Lic. # *VA 11-1398*

Affidavit # 10000473

SOUTHWEST SECURITY INC.
P.O. DRAWER 9
LEBANON, VIRGINIA 24266-0009

ATTORNEY: Mayer Brown LLP ,  Ph: 212-506-2721
ADDRESS:  1675 Broadway New York NY 10019-5820    File No.: