UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ITALIANA COKE, S.R.L., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> : <br> UNITED COAL COMPANY, LLC, : <br> : <br> Defendant. : <br> : <br> : | 08-CV-4725 (JGK) <br><br> Electronically Filed <br><br> **NOTICE OF** <br> **APPEARANCE** |

---

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Edmund M. O'Toole and Michael C. Hartmere of Venable LLP, 1270 Avenue of the Americas, 25th Floor, New York, New York 10020 and Meredith L. Boylan of Venable LLP, 575 7th Street, NW, Washington D.C., 20004, hereby appear in this action as counsel of record on behalf of Defendant United Coal Company, LLC.

I, Edmund M. O'Toole certify that I am admitted to practice in this Court. I was admitted to practice in the United States District Court, Southern District of New York, on December 22, 1992.

I, Michael C. Hartmere certify that I am admitted to practice to this Court. I was admitted to practice in the United States District Court, Southern District of New York, on January 13, 2005.

I, Meredith L. Boylan certify that I am admitted to practice in this Court. I was admitted to practice in the United States District Court, Southern District of New York, on November 5, 2002.

Dated: New York, New York
July 1, 2008

Respectfully submitted,

Edmund M. O'Toole (EO-7939)

Michael C. Hartmere (MH-6839)
VENABLE LLP
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Phone: (212) 953-3388
Fax: (212) 307-5598
emotoole@venable.com
mchartmere@venable.com

Dated: Washington, D.C.
July 1, 2008

Meredith L. Boylan (MB-2718)
VENABLE, LLP
575 7th St. N.W.
Washington, D.C. 20004
Phone: (202) 344-4000
Fax: (202) 344-8300
mlboylan@venable.com

*Counsel for Defendant United Coal Company, LLC*