UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ITALIANA COKE, S.R.L.,

                Plaintiff,

    v.

UNITED COAL COMPANY, LLC,

                Defendant.

---

08-CV-4725 (JGK)

Electronically Filed

## DEFENDANT UNITED COAL COMPANY, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant United Coal Company, LLC ("United Coal"), a non-governmental limited liability company, certifies as follows:

United Coal is a privately owned entity. United Coal does not have a parent corporation and no publicly held corporation owns 10% or more of United Coal's membership units.

Dated: New York, New York
      July 1, 2008

                          Respectfully submitted,

                          */s/ Michael C. Hartmere*
                          Edmund M. O'Toole (EO-7939)
                          Michael C. Hartmere (MH-6939)
                          VENABLE LLP
                          1270 Avenue of the Americas, 25th Floor
                          New York, New York  10020
                          Phone: (212) 307-5500
                          Fax: (212) 307-5598
                          emotoole@venable.com
                          mchartmere@venable.com

                          Brian L. Schwalb
                          (*pro hac vice application pending*)
                          Meredith L. Boylan (MB-2718)
                          VENABLE LLP
                          575 7th Street, NW
                          Washington, DC  20004-1601
                          Phone:  (202) 344-4356
                          Fax:  (202) 344-8300
                          blschwalb@venable.com
                          mlboylan@venable.com