UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ITALIANA COKE, S.R.L., | 08-CV-4725 (JGK) |
| Plaintiff, | |
| | Electronically Filed |
| v. | |
| UNITED COAL COMPANY, LLC, | |
| Defendant. | |

---

## NOTICE OF MOTION TO DISMISS, TRANSFER OR STAY PROCEEDINGS

PLEASE TAKE NOTICE that upon the annexed declaration of Brian D. Sullivan, dated June 30, 2008, and the exhibits thereto, the Memorandum of Points and Authorities in support of Defendant United Coal Company, LLC's ("United Coal") Motion to Dismiss, Transfer or Stay the Proceedings, and upon all the prior pleadings and proceedings had herein, United Coal will move this Court before the Honorable John G. Koeltl, United States District Court Judge, at the United States Courthouse located at 500 Pearl Street New York, New York, for an Order:

(1) Pursuant to Federal Rule of Civil Procedure 12(b)(2), dismissing this action in its entirety for lack of personal jurisdiction. United Coal has not transacted business in New York, nor does it have the requisite minimum contacts with New York to satisfy constitutional due process requirements; or

(2) Pursuant to Federal Rule of Civil Procedure 12(b)(3), dismissing this action in its entirety for improper venue. The "substantial part of the events" giving rise to this action took place outside of New York, and venue is appropriate only in the Eastern District of Virginia; or

1

(3) Pursuant to 28 U.S.C. §§ 1404 & 1406, transferring this case to the Eastern District of Virginia, Norfolk Division. Plaintiff has alleged that it entered into an agreement with a Virginia company, and that the performance of that contract was to occur in Norfolk, Virginia; or

(4) Staying this action until the Eastern District of Virginia has had the opportunity to decide whether the "first filed" rule applies to this case, and whether the court in the Eastern District of Virginia should resolve the dispute between these parties.

Dated: New York, New York
      July 1, 2008

                Respectfully submitted,

                */s/ Michael C. Hartmere*
                Edmund M. O'Toole (EO-7939)
                Michael C. Hartmere (MH-6839)
                VENABLE LLP
                1270 Avenue of the Americas, 25th Floor
                New York, New York 10020
                Phone: (212) 953-3388
                Fax: (212) 307-5598
                emotoole@venable.com
                mchartmere@venable.com

                Brian L. Schwalb
                (*pro hac vice application pending*)
                Meredith L. Boylan (MB-2718)
                VENABLE LLP
                575 7th Street, NW
                Washington, DC 20004-1601
                Phone: (202) 344-4356
                Fax: (202) 344-8300
                blschwalb@venable.com
                mlboylan@venable.com