UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ITALIANA COKE, S.R.L., <br><br> Plaintiff, <br><br> v. <br><br> UNITED COAL COMPANY, LLC, <br><br> Defendant. | 08-CV-4725 <br><br> Electronically Filed <br><br> **MOTION TO ADMIT COUNSEL** <br> **PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Edmund M. O'Toole, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Brian L. Schwalb
> Venable LLP
> 575 7th St., NW
> Washington, DC 20004
> Telephone: (202) 344-4356
> Fax: (202) 344-8300
> E-mail: blschwalb@venable.com

Brian L. Schwalb is a member in good standing of the Bars of the State of Maryland, Virginia and the District of Columbia. There are no pending disciplinary proceedings against Brian L. Schwalb in any State or Federal Court.

Dated: June 27, 2008
      New York, New York

                                          Respectfully submitted,

By:    /s/ Edmund M. O'Toole
               Edmund M. O'Toole (EO-7939)
               VENABLE LLP
               1270 Avenue of the Americas
               25th Floor
               New York, New York 10020
               Telephone: (212) 953-3388
               Fax: (212) 307-5598

               *Attorneys for Defendant*
               *United Coal Company, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ITALIANA COKE, S.R.L.,

        Plaintiff,

v.

UNITED COAL COMPANY, LLC,

        Defendant.

---

08-CV-4725 (JGK)

Electronically Filed

**AFFIDAVIT OF EDMUND M. O'TOOLE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York    )
                               ) ss:
County of New York  )

Edmund M. O'Toole, being duly sworn, hereby deposes and says as follows:

1. I am a partner in Venable LLP, counsel for United Coal Company, LLC ("United Coal") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of my motion to admit Brian L. Schwalb as counsel pro hac vice to represent United Coal in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Brian L. Schwalb since 2005.

4. Brian L. Schwalb is a partner in Venable LLP, in Washington, DC. His office is located at 575 7th St, NW, Washington, DC 20004

5. Certificates of good standing for Brian L. Schwalb are attached hereto as **Exhibit A**.

6. I have found Brian L. Schwalb to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure as well as the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

7. Accordingly, I am pleased to move for the admission of Brian L. Schwalb pro hac vice.

8. I respectfully submit a proposed order granting the admission of Brian L. Schwalb, pro hac vice, which is attached hereto as **Exhibit B**.

WHEREFORE it is respectfully requested that the motion to admit Brian L. Schwalb, pro hac vice, to represent Defendant United Coal Company, LLC in the above-captioned matter, be granted.

Dated: June 27, 2008
New York, New York

Respectfully submitted,

_____
EDMUND M. O'TOOLE (EO-7939)

Sworn to before me
this 27th day of June, 2008

_____
Notary Public

State of New York Notary Public
County of Queens
Shaffin Abdul Datoo
02DA6123869
My Commission Expires:
03/14/09



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**BRIAN L. SCHWALB**

was on the 7TH day of DECEMBER, 1998 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 6, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ N. Charles
Deputy Clerk

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-third day of June, 1993,

### Brian Lawrence Schwalb

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifth day of June, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

This is to certify that **BRIAN LAWRENCE SCHWALB** is an active member of the Virginia State Bar in good standing. **MR. SCHWALB** was licensed to practice law in Virginia on **OCTOBER 1, 1992**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

Issued June 5, 2008

*Karen A. Gould*
Karen A. Gould
Executive Director and
Chief Operating Officer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ITALIANA COKE, S.R.L.,

            Plaintiff,

v.

UNITED COAL COMPANY, LLC,

            Defendant.

Electronically Filed

08-CV-4725 (JGK)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

---

Upon the motion of Edmund M. O'Toole, attorney for Defendant United Coal Company, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

        Brian L. Schwalb
        Venable LLP
        575 7th St., NW
        Washington, DC 20004
        Telephone: (202) 344-4356
        Fax: (202) 344-8300
        E-mail: blschwalb@venable.com

is admitted to practice pro hac vice as counsel for Defendant United Coal Company, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2008
      New York, New York

                                                                     _____
                                                                        JOHN G. KOELTL, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------
ITALIANA COKE, S.R.L.,                :
                                      :
            Plaintiff,                :        Electronically Filed
                                      :
       v.                             :
                                      :        08-CV-4725 (JGK)
UNITED COAL COMPANY, LLC,             :
                                      :
            Defendant.                :
                                      :
----------------------------------------

## CERTIFICATE OF SERVICE

I, Michael Hartmere, hereby certify that on the 1st day of July, 2008, I caused a true and correct copy of the foregoing **Motion to Admit Counsel Pro Hac Vice** to be served via United States mail, postage prepaid, upon the following:

Joseph De Simone, Esq.
Mayer Brown LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 606-2500


Leslie Elie Chebli, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60603-4637
Telephone: (212) 506-2500

*Attorneys for Plaintiff*

_____
Michael C. Hartmere

Dated: New York, New York
       July 1, 2008