```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/07/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ITALIANA COKE, S.R.L.,           :    Electronically Filed
                                 :
               Plaintiff,        :    08-CV-4725 (JGK)
                                 :
       v.                        :
                                 :    **ORDER FOR ADMISSION**
UNITED COAL COMPANY, LLC,        :    **PRO HAC VICE**
                                 :    **ON WRITTEN MOTION**
               Defendant.        :
---------------------------------:

Upon the motion of Edmund M. O'Toole, attorney for Defendant United Coal Company, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

> Brian L. Schwalb
> Venable LLP
> 575 7th St., NW
> Washington, DC 20004
> Telephone: (202) 344-4356
> Fax: (202) 344-8300
> E-mail: blschwalb@venable.com

is admitted to practice pro hac vice as counsel for Defendant United Coal Company, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: ___7/7___, 2008
       New York, New York

                                            _____
                                            JOHN G. KOELTL, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ITALIANA COKE, S.R.L., : | |
| : | |
| Plaintiff, : | Electronically Filed |
| : | |
| v. : | |
| : | 08-CV-4725 (JGK) |
| UNITED COAL COMPANY, LLC, : | |
| : | |
| Defendant. : | |
| : | |

## CERTIFICATE OF SERVICE

I, Michael Hartmere, hereby certify that on the 1st day of July, 2008, I caused a true and correct copy of the foregoing **Motion to Admit Counsel Pro Hac Vice** to be served via United States mail, postage prepaid, upon the following:

Joseph De Simone, Esq.
Mayer Brown LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 606-2500


Leslie Elie Chebli, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60603-4637
Telephone: (212) 506-2500

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael C. Hartmere

Dated: New York, New York
　　　　 July 1, 2008