USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2008

KJ ECT L5,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ITALIANA COKE, S.R.L., <br><br> Plaintiff, <br><br> v. <br><br> UNITED COAL COMPANY, LLC, <br><br> Defendant. | Case No. 08 CV 4725 (S64) |

### STIPULATION AND PROPOSED ORDER

Defendant United Coal Company, LLC ("United Coal"), by its attorneys, together with Plaintiff Italiana Coke, S.R.L. ("Italiana Coke"), by its attorneys, hereby stipulate and agree that (i) the time for Italiana Coke to file its opposition to United Coal's motion to dismiss, transfer or stay in the above-captioned matter, is extended to and including July 28, 2008; and (ii) the time for United Coal to file its reply in further support of its motion to dismiss, transfer or stay is extended to and including August 11, 2008. In support of this Stipulation and Proposed Order, the parties state as follows:

1. The current date due for plaintiff Italiana Coke to file its opposition to defendant United Coal's motion to dismiss, transfer or stay is July 21, 2008.

2. United Coal and Italiana Coke jointly stipulate and respectfully request that the Court: (a) extend the due date for plaintiff Italiana Coke's time to file its opposition to United Coal's motion to dismiss, transfer or stay until July 28, 2008; and (b) extend the due date for defendant United Coal's time to file its reply in support of its motion to dismiss, transfer or stay until August 11, 2008.



3.  The parties previously sought and were granted an extension of time for Defendant United Coal to file their answer or otherwise respond to the complaint, to July 1, 2008. On July 1, 2008, United Coal filed its motion to dismiss, transfer or stay.

4.  This is the first request for an extension of time regarding Italiana Coke's opposition to United Coal's motion to dismiss, transfer or stay and United Coal's reply in further support of its motion to dismiss, transfer or stay.

WHEREFORE, for the foregoing reasons, the parties jointly and respectfully request that the Court enter an order (i) extending the date for Italiana Coke to file its opposition to United Coal's motion to dismiss, transfer or stay, until July 28, 2008; and (ii) extending the time for United Coal to file its reply in further support of its motion to dismiss, transfer or stay until August 11, 2008.

Dated: New York, New York
July 17, 2008

_____
Joseph De Simone
Leslie E. Chebli
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
(212) 506-2500
*Counsel for Plaintiff*

_____
Edmund M. O'Toole
Michael C. Hartmere
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
The Twenty-Fifth Floor
New York, New York 10020
(212) 307-5500
FAX: (212) 307-5598
*Counsel for Defendant*

SO ORDERED, this ___ day of _____ 2008.

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE